**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON R. GRANDE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 07-1317 |
| | ) | |
| v. | ) | Judge McVerry |
| | ) | Magistrate Judge Caiazza |
| MARILYN BROOKS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Leon R. Grande's Petition for Writ of Habeas Corpus was received by the Clerk of Court on September 28, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on May 21, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Grande be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Grande filed objections on June 3, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this   20th    day of    June    , 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Leon R. Grande is dismissed, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 16), dated May 21, 2008, is adopted as the opinion of the court.

                                                s/Terrence F. McVerry
                                                Terrence F. McVerry
                                                U.S. District Court Judge

cc:
LEON R. GRANDE
EQ-9182
SCI Albion
10745 Rt. 18
Albion, PA 16475